UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Wilmington Trust, NA, as Trustee,

    Plaintiff,                             Case No. 25-cv-11140
                                                 Hon. Matthew F. Leitman

vs.

Ruth Veprin, et al.,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S FIRST REQUEST TO EXTEND TIME FOR DEFENDANT RUTH VEPRIN ONLY TO ANSWER**

Upon reading Plaintiff's First Request to Extend Time for Defendant Ruth Veprin only to Answer, and the Court being fully informed.

**IT IS HEREBY ORDERED** that the time for the Defendants to file an answer or other responsive pleading is extended up to and including July 25, 2025.

                                               s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: July 15, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 15, 2025, by electronic means and/or ordinary mail.

                                               s/Holly A. Ryan
                                               Case Manager
                                               (313) 234-5126